[No. 21727-2-III.   Division Three.   March 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CINDI JO HEIHN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00056-9, Robert D. Austin, J., entered January 10, 2003. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 50580-7-I.   Division One.   March 29, 2004.]

CARL ANDERSON, ET AL., *Appellants*, v. WCB PROPERTIES FOR AFFORDABLE SENIOR ASSISTED LIVING AND COMMUNITY RESOURCE CENTER, L.L.C., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-00832-3, Joan E. DuBuque, J., entered May 13, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, A.C.J., and Kennedy, J.

[No. 50834-2-I.   Division One.   March 29, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. OMARI TAHIR-GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06166-2, Douglas D. McBroom, J., entered August 5, 2002. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker, C.J., and Coleman, J.

[Nos. 51535-7-I; 51534-9-I;   Division One.   March 29, 2004.]
    51536-5-I.

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE KULL, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 01-1-06835-7, Charles W. Mertel, J., entered December 13, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Coleman and Baker, JJ.